UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| In re: | ) | Case No. 10-35922 |
| | ) | Chapter 7 |
| CAROLYN HENDERSON PRESCOTT, | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| BRUCE H. MATSON, TRUSTEE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv. Pro. No. 11-03103 |
| | ) | |
| JAZARCO INTERNATIONAL, | ) | |
| A TRUST ORGANIZATION AND LLC, | ) | |
| | ) | |
| M.A. PALMER, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| W.W. PALMER, | ) | |
| | ) | |
| Defendants. | ) | |

## AFFIDAVIT

I, Paris R. Sorrell, counsel for Bruce H. Matson, Trustee (the "**Trustee**"), having been duly sworn, do hereby state as follows to the best of my knowledge, information and belief:

1.      On March 22, 2011, the Trustee commenced the above-captioned adversary proceeding by filing his Complaint to recover $50,000.00 plus interest due and owing Carolyn Henderson Prescott pursuant to a promissory note against Jazarco International, A Trust Organization and LLC ("**Jazarco**"), M.A. Palmer, and W.W. Palmer (collectively, the "**Defendants**").

2.     A Certificate of Service was filed by the Trustee with the Court on March 25, 2011, indicating service of the Summons and Complaint on the Defendants on March 25, 2011, via first-class mail.

3.     Pursuant to Rule 7012(a) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Jazarco had until April 22, 2011, to file a responsive pleading to the complaint.

4.     Upon agreement of the parties, Defendants were given an extension until April 26, 2011 to file their responsive pleading.

5.     On April 27, 2011, an answer to the complaint was filed by Melvin Palmer, pro se, purporting to be an answer on behalf of all of the Defendants.

6.     Upon information and belief, Melvin Palmer is not an attorney and is not licensed to practice in Virginia before the United States Bankruptcy Court for the Eastern District of Virginia, and therefore, is unable to represent Jazarco, a corporate entity, in this adversary proceeding.

7.     Jazarco, having been validly served, failed to file any responsive pleading in this case, and the Trustee therefore requests that the Clerk enter Jazarco's default pursuant to Bankruptcy Rule 7055.

8.     Jazarco is not under the age of 18 or incompetent.

9.     Further the affiant sayeth not.

By: _____
Paris R. Sorrell

2

Commonwealth of Virginia   )
City of Alexandria             ) to wit:

    I, the undersigned, a Notary Public in and for the City and State aforesaid, do hereby certify that Paris R. Sorrell, whose name is signed to the foregoing, appeared before me this 19th day of October, 2011, and acknowledged that the foregoing is her true act and deed.



Print Name: Candace E. Gentry
Notary Public:
My Commission Expires: 11/30/2012
Reg. No. 7160780

Candace E. Gentry
Commonwealth of Virginia
Notary Public
Commission No. 7160780
My Commission Expires 11/30/2012



3