Case 11-03103-KRH    Doc 35-2    Filed 10/20/11    Entered 10/20/11 15:32:48    Desc
Exhibit(s) Exhibit B-Proposed Order    Page 1 of 4

**EXHIBIT B**

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| In re: | ) | Case No. 10-35922 |
| | ) | Chapter 7 |
| CAROLYN HENDERSON PRESCOTT, | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| BRUCE H. MATSON, TRUSTEE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv. Pro. No. 11-03103 |
| | ) | |
| JAZARCO INTERNATIONAL, | ) | |
| A TRUST ORGANIZATION AND LLC, | ) | |
| | ) | |
| M.A. PALMER, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| W.W. PALMER, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFAULT JUDGMENT ORDER

Christopher L. Perkins (VSB No. 41783)
LeClairRyan, A Professional Corporation
Riverfront Plaza, East Tower
951 East Byrd Street, Eighth Floor
Richmond, Virginia 23219
(804) 783-7550

and

Paris R. Sorrell (VSB No. 80953)
LeClairRyan, A Professional Corporation
2318 Mill Road, Suite 1100
Alexandria, Virginia 22314
(703) 647-5934

*Counsel for Bruce H. Matson, Trustee*

This matter came before the Court on the Trustee's Request for Entry of Default and Motion for Default Judgment (the "**Motion**") filed by Bruce H. Matson, Chapter 7 Trustee (the "**Trustee**") for the bankruptcy estate of Carolyn Henderson Prescott against Jazarco International, A Trust Organization and LLC ("**Jazarco**"). The Trustee seeks default judgment because of Jazarco's failure to respond or defend against the Complaint. Based upon the foregoing and after considering the Motion, the Court grants default judgment in favor of the Trustee; it is hereby:

ORDERED as follows:

1. All capitalized terms used by not defined herein shall have the meaning ascribed to them in the Motion.

2. Jazarco, as a result of its failure to respond or present any defenses whatsoever to the Complaint, is in default and default against Jazarco shall be entered by the Clerk, and judgment by default is hereby entered in favor of the Trustee in the principal amount of $50,000.00, plus accrued interest in the amount of $52,500.00 from the date of the Promissory Note.

3. Upon entry, the Clerk shall serve a copy of this Order on those parties on the attached Service List.

ENTERED:    /    /    _____
UNITED STATES BANKRUPTCY JUDGE

I ASK FOR THIS:

/s/
_____
Christopher L. Perkins (VSB No. 41783)
LeClairRyan, A Professional Corporation
Riverfront Plaza, East Tower
951 Byrd Street, Eighth Floor
Richmond, Virginia 23219
(804) 783-7550

and

Paris R. Sorrell (VSB No. 80953)
LeClairRyan, A Professional Corporation
2318 Mill Road, Suite 1100
Alexandria, Virginia 22314
(703) 647-5934

*Counsel for Bruce H. Matson, Trustee*

**RULE 9022-1 CERTIFICATION**

     In accordance with LBR Rule 9022-1, the foregoing order has been endorsed by and/or served on all necessary parties.

/s/
_____

3

## SERVICE LIST

Jazarco International, A Trust Organization and LLC
P.O. Box 1954
Taylor, Arizona 85939

Melvin Palmer
P.O. Box 1954
Taylor, Arizona 85939

WW Palmer
P.O. Box 1954
Taylor, Arizona 85939